IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ORELIA ESQUIVEL, individually and as next friend of a minor, JESUS ESQUIVEL<br>Plaintiff<br><br>V.<br><br>CIRCLE K STORES, INC.,<br>And CITY OF HARLINGEN<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    CASE NO. B-03-104 |

### DEFENDANT CITY OF HARLINGEN'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant City of Harlingen (sometimes referred to as "City of Harlingen Police Department"), and files its Notice of Removal, and would show the Court as follows:

I.

On May 21, 2003, Plaintiffs Esquivel filed a suit against Defendants for personal injuries and deprivation of civil liberties in the 138th District Court of Cameron County, Texas. Defendant City was served June 2, 2003; Defendant Circle K Stores, Inc. has not been served; it is fraudulently joined because it does not own or operate the store in question.

II.

Federal jurisdiction removal jurisdiction is appropriate because this action is one over which this court has jurisdiction under 28 U.S.C. § 1331, as amended, and is one which may be removed to this court by Defendants under 28 U.S.C. § 1441. It is a civil action raising a federal claim against

Defendant City. Therefore, this court would have jurisdiction under 28 U.S.C. §1331. The court has supplemental jurisdiction over the state tort claims under 28 U.S.C. §1367.

III.

True copies of all documents required by Local Rule 81 are attached in the Appendix.

IV.

Notice of this removal has been provided to the state district court where this suit originated, and notice has also been provided to the Plaintiff.

WHEREFORE, PREMISES CONSIDERED, Defendant City of Harlingen prays that this action now pending against it in the 138th District Court of Cameron County, Texas be removed therefrom to this Court and for any further relief to which Defendant is entitled.

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
956/428-7495; FAX: 956/428-2954

By: _____
TOM LOCKHART
State Bar No. 12473500
Fed. I.D. No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950

Attorneys for Defendant CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 3rd day of June 2003, to the following counsel of record and interested parties:

---

Attorney for Plaintiffs, Orelia Esquivel, et al. :

Mr. Ruben Pena                                                   *VIA FAX: 956/412-8282*
**LAW OFFICES OF RUBEN PENA, P.C.**
P.O. Box 530160
222 W. Harrison
Harlingen, TX 78550

_____
TOM LOCKHART

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ORELIA ESQUIVEL, individually and as next friend of a minor, JESUS ESQUIVEL<br>Plaintiff<br><br>V.<br><br>CIRCLE K STORES, INC.,<br>And CITY OF HARLINGEN<br>Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CASE NO. B-03-104 |

## LIST OF ALL COUNSEL OF RECORD

Attorneys of record for Plaintiffs, Orelia Esquivel, et al.:

Mr. Ruben Pena
**LAW OFFICES OF RUBEN PENA, P.C.**
P.O. Box 530160
222 W. Harrison
Harlingen, TX 78550

Counsel of Record for Defendant City of Harlingen:

Tom Lockhart
Roger W. Hughes
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By: _____
    TOM LOCKHART
    State Bar No. 12473500
    Fed. I.D. No. 2257

ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950

Attorneys for Defendant CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 3rd day of June 2003, to the following counsel of record and interested parties:

Attorney for Plaintiffs, Orelia Esquivel, et al. :

Mr. Ruben Pena                                                    *VIA FAX: 956/412-8282*
**LAW OFFICES OF RUBEN PENA, P.C.**
P.O. Box 530160
222 W. Harrison
Harlingen, TX 78550

_____
TOM LOCKHART

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORELIA ESQUIVEL, individually and as next friend of a minor, JESUS ESQUIVEL<br>    Plaintiff | § § § § | |
| V. | § | CASE NO._____ B-03-104 |
| | § | |
| CIRCLE K STORES, INC.,<br>And CITY OF HARLINGEN<br>    Defendants | § § § § | |

## INDEX OF MATTERS BEING FILED

A.   Correspondence to the U.S. District Court Clerk

B.   Index of Matters Being Filed

C.   Adversary Proceeding Cover Sheet

D.   List of All Counsel of Record

   Exhibit "B"

1.   Docket Sheet

2.   Plaintiff's Original Petition

3.   Citations

4.   Temporary Restraining Order

5.   Certificate of Deposit in Lieu Of Bond

Respectfully submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, Texas 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By: _____
TOM LOCKHART
State Bar No. 12473500
Fed. I.D. No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Fed. I.D. No. 5950

Attorneys for *Defendant*, CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this 3rd day of June 2003, to the following counsel of record and interested parties:

Attorney for Plaintiffs, Orelia Esquivel, et al. :

Mr. Ruben Pena                                                      *VIA FAX: 956/412-8282*
**LAW OFFICES OF RUBEN PENA, P.C.**
P.O. Box 530160
222 W. Harrison
Harlingen, TX 78550

_____
TOM LOCKHART

# CIVIL DOCKET - JUDGE'S ENTRIES
## RULE 26-TRCP

| RUN DATE à^Laà`XA | | | | PAGE: 01 |
| --- | --- | --- | --- | --- |
| RUN TIME J | | | | CASE NO. 2003-05-002601-B |

| NAME OF PARTIES | ATTORNEYS | KIND OF ACTION | DATE OF FILING | | |
| --- | --- | --- | --- | --- | --- |
| | | | MONTH | DAY | YEAR |
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQU<br><br>VS<br><br>CIRCLE K STORES INC. & CITY OF HARLINGEN POLICE DE | 00285801<br>HON. RUBEN R. PENA<br>P.O. BOX 530160<br>HARLINGEN, TEXAS   78550 0000 | 10)<br>DAMAGES/TRO | 05 | 21 | 03 |
| | | | JURY FEE $ | | |
| | | | PAID BY | | |

| DATE OF ORDERS | COURT'S DOCKET (Rule 26, TRCP) |
| --- | --- |
| | |

NO. 2003-05-2601-B

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § § | IN THE 138th JUDICIAL |
| VS. | § § | DISTRICT COURT OF |
| CIRCLE K STORES INC. & CITY OF HARLINGEN POLICE DEPARTMENT | § § § | CAMERON COUNTY, TEXAS |

## PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER & ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ORELIA ESQUIVEL, INDIVIDUALLY AND As Next Friend of JESUS ESQUIVEL, JR. for cause of action shows:

I.

Discovery is intended to be conducted under Level 2 of Texas Rules of Civil Procedure 190. Plaintiffs affirmatively plea that they seek monetary relief aggregating more than $50,000.

II.

A.  Plaintiffs are individuals residing in Cameron County, Texas.

B.  Defendant Circle K Stores, Inc. is a Texas Corporation authorized to do business in Texas and may be served with citation by serving its registered agent for service by registered, certified mail return receipt requested:

> Capitol Corporation Service
> 800 Brazos Road, Ste. 1100
> Austin, Texas 78701

C.  Defendant City of Harlingen is a municipal corporation located in Cameron County Texas and may be served by personal service on its City Manager

> Roy Rodriguez, City Manager
> 118 E. Tyler
> Harlingen, Texas 78550

III.
VENUE FACTS

All of the acts complained of were committed in Cameron County, Texas, therefore venue is proper in Cameron County, Texas.

IV.
SUMMARY OF THE FACTS OF THE CASE

On or about May 17, 2003, Plaintiffs ORELIA ESQUIVEL and her minor son, JESUS ESQUIVEL, JR. arrived at the Circle K Food Store No. 0083 located at 2810 N. Commerce in Harlingen, Texas for the purpose of purchasing gasoline. Upon arrival the minor entered the premises, which are open to the public and for which Circle K seeks to obtain business from individuals such as the Plaintiffs. The minor paid for five dollars worth of gasoline and a soft drink. After paying for the items, the clerk informed the minor that the side of the pumps his mother was parked at were not functioning. The minor exited and informed his mother, returned for his change and soft drink and departed. Unbeknownst to the Plaintiffs, the Circle K store was either being robbed at that same time or within seconds of the minor's departure.

B. Shortly after leaving the Circle K premises, the Plaintiffs proceeded to a Jack in the Box restaurant located at Tyler and Sunshine 77 Strip in Harlingen, Texas. After purchasing three hamburgers, the Plaintiff, ORELIA ESQUIVEL, departed and immediately noticed a Harlingen Police Department vehicle trailing behind. As they were returning home, the police vehicle flashed its lights and ordered the Plaintiffs to stop and were summarily arrested, handcuffed and transported to the Harlingen Police Department, even though the Plaintiffs were proclaiming their innocence. The Harlingen Police Department arrested the Plaintiffs without probable cause and falsely imprisoned the Plaintiffs for approximately 12 hours.

C. The Harlingen Police Department violated the minor's rights in that the Police Department questioned the minor seeking to obtain a confession, even though the Harlingen Police Department was aware that the minor should be immediately transported to a juvenile detention facility and held for questioning by a magistrate.

D. The Harlingen Police Department further violated the Plaintiffs' rights in that they were detained without probable cause and without legal authority. The Harlingen Police Department further sought to intimidate the Plaintiff ORELIA ESQUIVEL, by threatening her with fines, jail time in excess of 50 years and bond in the amount of $50,000 all in an attempt to have the Plaintiff confess to a crime she did not commit.

E. Some time on the following day, after having been booked by the Harlingen Police Department, the Plaintiffs were released without having to post bond or having been arranged on any criminal charges. All of these actions caused the Plaintiffs great emotional distress and anxiety, embarrassment, pain and suffering.

F. Circle K was negligent in failing to properly identify the criminals who committed the

crime of robbery, thereby endangering the lives of the Plaintiffs and causing their false arrest and false imprisonment as well as being maliciously prosecuted.

### V.

As a result of the actions of the Defendants individually and collectively, Plaintiffs have suffered severe emotional distress, loss of reputation and caused depression. Plaintiffs have suffered loss of sleep, physical and mental pain. The actions by the Defendants were negligent in that they failed to properly protect Plaintiffs' interests in their liberty and violated their rights under both Texas law and Federal law. The Defendants' actions were further intentional it they knew or should have known that they had made a mistake yet they failed to take corrective action.

Defendant City of Harlingen campaign of harassment outlined above was conducted willfully with the deliberate intention of inflicting injury on the Plaintiffs and with knowledge of the probable results of that campaign.

### VII.

Defendants' campaign of harassment was conducted maliciously with intent to injure Plaintiffs or with actual subjective awareness of the risk involved and in conscious indifference to the rights, safety or welfare of others, including Plaintiffs. Plaintiffs are, therefore, entitled to punitive or exemplary damages, including reasonable attorney's fees.

### VIII
### TEMPORARY RESTRAINING ORDER

Plaintiffs have reason to believe that a video tape recording of the underlying criminal event exists. Plaintiffs further have reason to believe that the Defendants may seek to destroy, erase, modify, alter, delete or misplace the video tape recording. Plaintiffs therefore seek this Honorable Court to issue a Temporary Restraining Order preventing the City of Harlingen or Circle K from destroying, erasing, modifying, altering, deleting or misplacing the videotape of the armed robbery which occurred on May 17, 2003 between the hours of 9 and 11 p.m. at the Circle K food store no. 0083 located at 2810 N. Commerce Harlingen, Cameron County, Texas.

Plaintiffs further believe that the Defendant, City of Harlingen, Texas will seek to destroy, erase, modify, alter or misplace evidence related to her arrest and that of her son. Plaintiffs request this Honorable Court issue a Temporary Restraining Order preventing the City of Harlingen, Texas from destroying, erasing, modifying, altering or misplacing any and all documents, reports, notes, memos, photographs, fingerprints, or videotapes of the arrest, booking, charging or detention of the Plaintiff ORELIA ESQUIVEL and her minor son, JESUS ESQUIVEL, JR.

For the reasons stated in this pleading, Plaintiffs, ORELIA ESQUIVEL, individually and as next friend, requests that this Court issue a Temporary Restraining Order in order to preserve the status quo and the property and rights of the Plaintiff during the pendency of this action. That the Defendants should be cited to appear and show cause why they should not be temporarily restrained, during the pendency of this action, from destroying, erasing, modifying, altering or misplacing the

subject video tape. Further, that the City of Harlingen, Texas should be cited to appear and show cause why it should not be temporarily restrained, during the pendency of this action, from destroying, erasing, modifying, altering or misplacing any and all documents, reports, notes, memos, photographs, fingerprints, videotapes of the Plaintiffs' arrest, booking, charging or detention.

Thereafter, to show cause why a Temporary Injunction to restrain and enjoin Defendants City of Harlingen, Texas and/or Circle K from destroying, altering or misplacing the subject videotape.

Plaintiff hereby requests a jury trial to be held on said cause.

WHEREFORE, Plaintiffs request this Honorable Court to issue a Temporary Restraining Order prohibiting the destruction of the video tape in question and which is either in the possession of the Harlingen Police Department or Circle K Inc.

WHEREFORE, Plaintiffs request that Defendants be cited to appear and answer, and that on final trial, Plaintiffs have:

1. Judgment against Defendants, jointly and severally, for a sum within the jurisdictional limits of the Court with interest as provided by law.

2. Exemplary damages against Defendants in a sum determined by the trier of fact.

3. Interest after judgment at the lawful rate until paid.

4. Cost of Suit.

5. Attorney's fees

6. Such other and further relief to which Plaintiffs may be justly entitled.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas  78550
Telephone No. (956) 412-8200
Facsimile No. (956) 412-8282

BY: _____
RUBEN R. PEÑA
State Bar No. 15740900
Federal I.D. No. 1216

## VERIFICATION

STATE OF TEXAS           §
                         §
COUNTY OF CAMERON        §

BEFORE ME, the undersigned Notary Public, on this day personally appeared ORELIA ESQUIVEL, who, being by me duly sworn, stated under oath that she is the Plaintiff in this action; that she has read the above foregoing Verified Application for Injunctive Relief; and that every statement contained in the petition is within her personal knowledge and is true and correct.

_____
**ORELIA ESQUIVEL**

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority, by the said Orelia Esquivel on the 21st day of May, 2003 to certify which witness my hand and official seal.

_____
Notary Public in and for the
State of Texas


NORA ELIA ZAMORA
Notary Public, State of Texas
My Commission Expires
6-25-2005

My Commission expires: 6-25-2005

**COPY**

Citation for Personal Service  - GENERAL_____     Lit. Seq. # 5.003.01

No. 2003-05-002601-B

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CITY OF HARLINGEN
ROY RODRIGUEZ, CITY MANAGER
118 E. TYLER
HARLINGEN, TEXAS 78550

the ____DEFENDANT_____, GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER & ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said ____PETITION____ was filed on MAY 21, 2003. A copy of same accompanies this citation.

The file number of said suit being No. 2003-05-002601-B.

The style of the case is:

ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQU
VS.
CIRCLE K STORES INC. & CITY OF HARLINGEN POLICE DE

Said petition was filed in said court by ____HON. RUBEN R. PENA____
(Attorney for ____PLAINTIFF____), whose address is
P.O. BOX 530160 HARLINGEN, TEXAS 78550.

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 31st day of MAY, A.D. 2003.

AURORA DE LA GARZA, DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521
By: [signature]

RETURN OF OFFICER

Came to hand the _____ day of _____, _____, at _____ o'clock __.M., and executed (not executed) on the 2 day of Juc , 2003, by delivering to ___Ray Rodry_____ in person a true copy of this Citation, upon which I endorsed the date of delivery, together with the accompanying copy of the _____.

Cause of failure to execute this citation is: _____
_____.

FEES serving 1 copy
Total....... $_____          Sheriff/constable _____ County, TEXAS
Fees paid by:_____           By _____ Deputy

**ORIGINAL**

Citation for Personal Service   - BY CERTIFIED MAIL      Lit. Seq. # 5.002.01

No. 2003-05-002601-B

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: CIRCLE K STORES INC.
    SERVING ITS REGISTERED AGENT,
    CAPITOL CORPORATION SERVICE
    800 BRAZOS ROAD, STE. 1100
    AUSTIN, TEXAS  78701

the        DEFENDANT        , GREETING:

You are commanded to appear by filing a written answer to the

PLAINTIFFS' REQUEST FOR TEMPORARY RESTRAINING ORDER & ORIGINAL PETITION

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 138th Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said        PETITION        was filed on    MAY 21, 2003   . A copy of same accompanies this citation.

The file number of said suit being No. 2003-05-002601-B.

The style of the case is:

ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQU
VS.
CIRCLE K STORES INC. & CITY OF HARLINGEN POLICE DE

Said petition was filed in said court by        HON. RUBEN R. PENA       
(Attorney for        PLAINTIFF        ), whose address is
P.O. BOX 530160 HARLINGEN, TEXAS  78550                                  .

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 21st day of    MAY   , A.D. 2003.

AURORA DE LA GARZA       DISTRICT CLERK
Cameron County, Texas
974 E. Harrison St.
Brownsville, Texas 78521

By: _____ Deputy

U.S. Postal Service
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE
CIRCLE K STORES

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: CAPITOL CORPORATION SERVICE
Street, Apt. No.;
or PO Box No. 800 BRAZOS ROAD STE. 1100
City, State, ZIP+4              78701

| ATTACH RETURN RECEIPTS WITH ADDRESSEE'S SIGNATURE |
|---|
| Rule 106 (a)(2): The citation shall be served by mailing to the defendant by Certified Mail, Return Receipt Requested, a true copy of the citation. |
| Sec. 17.027, Rules of Civil Practice and Remedies Code, if not prepared by Clerk of Court. |
| NAME OF PREPARER          TITLE |
| ADDRESS |
| CITY           STATE           ZIP |

CERTIFICATE OF DELIVERY OF MAIL

I hereby certify that on the 21st of
___MAY___ 2003, I mailed to
_____CIRCLE K STORES INC._____
by registered mail or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition attached hereto.

CERTIFIED MAIL NO. ___0095818331___
RETURN RECEIPT REQUESTED
DELIVER TO ADDRESSEE ONLY

AURORA DE LA GARZA    District Clerk
Cameron County, Texas

By: _Yolanda Zamora_, Deputy

NO. 2003-05-2601-B

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY<br>AND A/N/F JESUS ESQUIVEL, JR. | §<br>§<br>§<br>§ | IN THE 138th JUDICIAL |
| VS. | §<br>§ | DISTRICT COURT OF |
| CIRCLE K STORES, INC. & CITY OF<br>HARLINGEN POLICE DEPARTMENT | §<br>§<br>§ | CAMERON COUNTY, TEXAS |

## ORDER ON TEMPORARY RESTRAINING ORDER

Plaintiffs, **ORELIA ESQUIVEL, INDIVIDUALLY AND AS NEXT FRIEND OF JESUS ESQUIVEL, JR.** has filed a verified Application for a Temporary Injunction and, in connection therewith, has presented a request for a Temporary Restraining Order, as set forth in its Application for Injunctive Relief. It clearly appears from the facts set forth in its verified application that unless the City of Harlingen, Texas, and/ or Circle K, Inc. Defendants are immediately restrained from destroying, altering, erasing, modifying, deleting or misplacing the video tape recording of the May 17, 2003 armed robbery of the Circle K Store no. 0083 located at 2810 N. Commerce, Harlingen, Texas, will commit the foregoing act(s) before notice can be given and a hearing is had on Plaintiff's Motion for a Temporary Injunction; and that if the commission of these act(s) is not restrained immediately, Plaintiffs will suffer irreparable injury because such acts and actions are arbitrary and capricious..

**IT IS, THEREFORE, ORDERED** that Defendants City of Harlingen, Texas, and Circle K Stores, Inc Defendants in this cause, be, and hereby are, commanded forthwith to desist and refrain from destroying, altering, erasing, modifying, deleting or misplacing the video tape recording of the May 17, 2003 armed robbery of the Circle K Store no. 0083 located at 2810 N. Commerce, Harlingen, Texas from the date of this order until and to the fourteenth day after entry or until further order of this Court.

**IT IS FURTHER ORDERED** that the Defendant, City of Harlingen, Texas be and is hereby commanded forthwith to desist and refrain from destroying, altering, erasing, modifying, deleting or misplacing any and all documents, reports, notes, memos, photographs, fingerprints or videotapes of the arrest, booking, charging or detention of the Plaintiff **ORELIA ESQUIVEL** and her minor

son, JESUS ESQUIVEL, JR.

IT IS FURTHER ORDERED that: Defendants, City of Harlingen, Texas and Circle K Stores, Inc. appear for temporary injunction to be heard on the **4th** day of **June**, **2003**, at **9:00** o'clock, **A**.m., in the courtroom of the **138th** District Court in the Cameron County Courthouse in Brownsville, Texas then and there to show cause, if any there be, why a temporary injunction should not be issued as requested by Plaintiffs. The clerk of the court is hereby directed to issue a show cause notice to Defendants, City of Harlingen and Circle K Stores, Inc. to appear at the temporary injunction hearing.

The clerk of the above-entitled Court shall forthwith, on the filing by Plaintiff, ORELIA ESQUVIEL of the bond hereinafter required, and on approving the same according to the law, issue a Temporary Restraining Order in conformity with the law and the terms of this order. This order shall not be effective unless and until Plaintiff executes and files with the clerk a bond, in conformity with the law, in the amount of ONE HUNDRED DOLLARS dollars ($100.00).

SIGNED this **21st** day of MAY, 2003, at **10:40** o'clock, **A**.m.

05/21/03
MAILED COPIES TO:
HON. RUBEN R. PENA
DEFENDANTS (CIT.&PREC.)

_____
JUDGE PRESIDING

FILED 10:47 O'CLOCK A M
AURORA DE LA GARZA DIST. CLERK
MAY 21 2003
DISTRICT COURT OF CAMERON COUNTY, TEXAS

CAUSE NO. __2003-05-2601-B__

| | |
|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | IN THE DISTRICT COURT OF |
| VS | CAMERON COUNTY, TEXAS |
| CIRCLE K STORES INC & CITY OF HARLINGEN POLICE DEPARTMENT | 138TH JUDICIAL DISTRICT |

### CERTIFICATE OF CASH IN LIEU OF BOND

STATE OF TEXAS        []

COUNTY OF CAMERON  []

I, AURORA DE LA GARZA, Clerk of the __138TH__ District Court of Cameron County, Texas, do hereby certifify that __RUBEN R. PENA__ in the above entitled and numbered cause, in Lieu of Bond, did on the __21ST__ day of __MAY__, 200_3_, deposit with me cash in the amount of __$ 100.00__ as required in the Judge's Fiat signed on the __21ST__ day of __MAY__, 200_3_.

WITNESS MY HAND AND SEAL OF OFFICE, this __21ST__ day of __MAY__, 200_3_.

AURORA DE LA GARZA
District Clerk, Cameron County, Texas
By: _[signature]_
Deputy
YOLANDA ZAMBRANO

[Filed stamp: 11:00 / AURORA DE LA GARZA DIST. CLERK / MAY 21 2003]

*ORIGINAL IN BOND FILE*