United States Courts
Southern District of Texas
FILED

JUN 18 2003

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ORELIA ESQUIVEL, et al.           {
                                  {     CIVIL ACTION NO. B-03-104
V.                                {
                                  {
CIRCLE K STORES, INC.,            {
AND THE CITY OF HARLINGEN         {

## DEFENDANT CITY OF HARLINGEN'S
## LIST OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant CITY OF HARLINGEN (also called "City of Harlingen Police Department") and files **DEFENDANT CITY OF HARLINGEN'S LIST OF INTERESTED PARTIES** and would show the Court as follows:

I.

Pursuant to the court's order of conference dated June 3, 2003, Defendant provides the following list of potentially interested parties:

1.   Orelia Esquivel

2.   Jesus Esquivel, a minor

3.   City of Harlingen

4.   Texas Municipal League

ADAMS & GRAHAM, L.L.P.
Defendant City of Harlingen's Interested Parties
[10-fmg]`C:\FILES\H\H1090\Motions & Ords\Interested Parties

Page 1 of 3

5. Circle K Corporation, a privately held Arizona Corporation

6. SSP Partners, a Texas Partnership

7. Ruben Pena, Plaintiffs' counsel

8. Tom Lockhart Rogers Hughes and Adams & Graham, attorneys for Defendant the City of Harlingen.

        Respectfully Submitted,

        **ADAMS & GRAHAM, L.L.P.**
        P. O. Drawer 1429
        Harlingen, TX 78551-1429
        956/428-7495; FAX: 956/428-2954
        RHughes@adamsgraham.com

By: _____
        TOM LOCKHART
        State Bar No. 12473500
        Federal ID No. 2257
        ROGER W. HUGHES
        State Bar No. 10229500
        Federal ID No. 5950

        Attorneys for Defendant CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 13th day of June, 2003, to the following counsel of record and interested parties:

Attorney of Record for Plaintiffs Orelia Esquivel, et al.:

Mr. Rubén R. Peña                           *CM/RRR 7002 2410 0002 3598 0461*
**LAW OFFICES OF RUBÉN R. PEÑA, P.C.**
P. O. Box 530160
Harlingen, TX 78551-0160

_____
ROGER W. HUGHES