UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORELIA ESQUIVEL, et al. | § § | |
| VS. | § § | Civil Action No. B-03-104 |
| CIRCLE K STORES, INC. AND THE CITY OF HARLINGEN | § § § | |

**PLAINTIFFS' DISCLOSURE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiffs, Orelia Esquivel, Individually and a/n/f of Jesus Esquivel, Jr., by and through their undersigned attorney, and file this, and in accordance with the Court's Order of June 3, 2003, hereby file their list of potentially interested parties to this litigation:

1. Orelia Esquivel
2. Jesus Esquivel, Jr., a minor
3. City of Harlingen
4. Texas Municipal League
5. Circle K Corporation, a privately held Arizona Corporation
6. SSP Partners, a Texas Partnership
7. Ruben R. Peña, Plaintiff's counsel
8. Tom Lockhart, Roger Hughes and Adams & Graham, attorneys for Defendant the City of Harlingen.

WHEREFORE, Plaintiffs, Orelia Esquivel, Individually and a/n/f of Jesus Esquivel, Jr., hereby pray that the Court take notice of this filing. Additionally, Plaintiffs, Orelia Esquivel, Individually and a/n/f of Jesus Esquivel, Jr., pray for such other and further relief, at law or in equity, to which they may be justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Federal I.D. No. 1216
State Bar No. 15740900

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of Disclosure of Interested Parties has been forwarded, by certified mail, return receipt requested, on this the _18_ day of June, 2003, to:

Tom Lockhart
Roger W. Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
RUBEN R. PEÑA

DISCLOSURE OF INTERESTED PARTIES
RRP:nez
esquivel\orelia\disc.Int.Parties              Page -2-