IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

AUG 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ORELIA ESQUIVEL, individually and as next friend of a minor, JESUS ESQUIVEL, Plaintiff, § § § § § | |
| VS. § § | CIVIL ACTION NO. B-03-104 |
| CIRCLE K STORES, INC. and the CITY OF HARLINGEN POLICE DEPARTMENT, Defendants. § § § § § | |

## ORDER

Plaintiff, Orelia Esquivel ("Esquivel"), filed suit in the 138th District Court of Cameron County Texas, Cause No. 2003-05-2601-B, on May 21, 2003, claiming that Defendant, City of Harlingen, was negligent in failing to protect Esquivel's right to liberty and violated her rights under Texas and Federal law. The City of Harlingen filed a Notice of Removal (Docket No. 1) on June 3, 2003, claiming federal question jurisdiction pursuant to 28 U.S.C. § 1331.

Pending before the Court is a Motion to Dismiss (Docket No. 3) pursuant to FED. R. CIV. P. 12(b)(6) for Failure to State a Claim filed by the City of Harlingen. An Initial Pretrial and Scheduling Conference is set for September 10, 2003.

After reviewing the file, there are serious questions concerning the federal question jurisdiction in this case. Esquivel claims that there is a violation of federal law, although the pleadings do not specify violations of any particular federal law or facts in support thereof. The City of Harlingen removed the case based on federal question jurisdiction and subsequently argues in its motion, that the only basis for federal jurisdiction (42 U.S.C. § 1983), should be dismissed.

The parties in this case are to submit briefs, citing case authority, regarding this issue before September 10, 2003.

DONE at Brownsville, Texas, this 6th day of August, 2003.

John Wm. Black
United States Magistrate Judge