IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY § <br> AND A/N/F JESUS ESQUIVEL, JR. § <br> § <br> § CIVIL ACTION NO. B-03-104 <br> VS. § <br> § <br> CIRCLE K STORES INC. & CITY OF § <br> HARLINGEN POLICE DEPARTMENT § <br> § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
## FIRST AMENDED ORINGINAL COMPLAINT

Comes Now ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F for JESUS ESQUIVEL, JR. and files this her Unopposed Motion to Amend Complaint.

The purpose of the amended is to clarify that no federal claim is being asserted.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone No. (956) 412-8200
Facsimile No. (956) 412-8282

BY: _____
RUBEN R. PEÑA
State Bar No. 15740900
Federal I.D. No. 1216
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's First Amended Complaint and Plaintiffs' unopposed motion for leave to file the First Amended Original Complaint was on the 21st day of August, 2003 mailed by facsimile and first class mail to the Attorney of Record for the Defendant City of Harlingen.

Ruben R. Peña

## CERTIFICATE OF CONFERENCE

The undersigned attorney has conferred with opposing counsel and opposing counsel does not object to the filing of the Plaintiffs' First Amended Complaint and Unopposed Motion for Leave to file the First Amended Original Complaint.

Ruben R. Peña



*Law Offices of*
*Rubén R. Peña P.C.*

August 21, 2003

Mr. Michael N. Milby
U. S. District Clerk
600 E. Harrison, #101
Brownsville, Texas 78520

    Re:    Civil Action No. B-03-104
            *Orelia Esquivel, Individually and as next friend of Jesus Esquivel, a minor*

Dear Mr. Milby:

    Enclosed, for filing, please find an original and two copies of Plaintiff's First Amended Original Complaint.

    Please return one copy of the Amended Petition with your "file" mark stamped on it in the self-addressed, stamped envelope.

    By copy of this letter with enclosures, all counsel of record have been advised of the filing of same.

    Thank you for your assistance. With kindest regards, I remain

            Yours very truly,

            LAW OFFICES OF RUBEN R. PEÑA, P.C.

            BY: _____
                  RUBEN R. PEÑA

RRP:nez
Enclosures
cc:    CMRRR#7002 3150 0006 5705 1198
       Roger W. Hughes
       Adams & Graham, L.L.P.
       P.O. Drawer 1429
       Harlingen, Texas 78551-1429

*222 W. Harrison Harlingen, TX 78550   P.O. Box 530160*
*(956) 412-8200  1-800-807-1879  Fax (956) 412-8282  Riolaw1@aol.com*
*P.O. Box 781363 San Antonio, TX 78278-1363  1-800-807-1879  Riolaw2@aol.com*