9

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY | § | |
| AND A/N/F JESUS ESQUIVEL, JR. | § | |
| | § | |
| VS. | § | Civil Action No. B-03-104 |
| | § | |
| CIRCLE K. STORES AND CITY OF | § | |
| HARLINGEN POLICE DEPARTMENT, | § | |

---

### JOINT DISCOVERY/CASE MANAGEMENT PLAN
### UNDER RULE 26(f)
### FEDERAL RULES OF CIVIL PROCEDURE

---

1.  State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

    **August 29, 2003 via phone by Ruben R. Peña, attorney for Plaintiff and Roger Hughes, attorney for Defendant**

2.  List the cases related to this one that are pending in any state or federal court, with the case number and court.
    **None.**

3   Specify the allegation of federal jurisdiction.

    **None.**

4.  Name the parties who disagree and the reasons.
    **Defendants believe that if the court grants leave to file the amended complaint there is probably no alleged jurisdiction**

5.  List anticipated additional parties that should be included, when they can be added, and by whom they are wanted.
    **None.**

RRP:nez
esquivel\orelia\Jnt.Report
Joint Discovery/Case Management Plan
Under Rule 26(f) Federal Rules of Civil Procedure                              Page -1-

6.    List anticipated intervention.
      **None.**

7.    Describe class-action issues.
      **None.**

8.    State whether each party represents that it has made the initial disclosures required by
      Rule 26(a).  If not, describe the arrangements that have been made to complete the
      disclosures.
      **Within 30 days of initial pretrial unless case is remanded.**

9.    Describe the proposed agreed discovery plan, including:

      A.    Responses to all the matters raised in Rule 26(f).
            **Within 30 days of initial pretrial conference**

      B.    When and to whom the plaintiff anticipates it may send interrogatories.
            **Defendants City of Harlingen and Circle K Stores**

      C.    When and to whom the defendant anticipates it may send interrogatories.
            **To Plaintiffs within 30 days after the Rule 26(f) conference**

      D.    Of whom and by when the plaintiff anticipates taking oral depositions.
            **City Manager, police chief, arresting officer, Cirlce K corporate
            representative and employee on duty during alleged robbery**

      E.    Of whom and by when the defendant anticipates taking oral depositions.
            **Within 90 days of initial pretrial**

      F.    List expert depositions the plaintiff anticipates taking and their anticipated
            completion date.  See Rule 26(a)(2)(B) (expert report).
            **None at this time.**

      G.    List expert depositions the defendant anticipates taking and their anticipated
            completion date.  See Rule 26(a)(2)(B) (expert report).
            **Not at this time.**

RRP:nez
esquivel\orelia\Jnt.Report
Joint Discovery/Case Management Plan
Under Rule 26(f) Federal Rules of Civil Procedure                    Page -2-

10.   If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

   **N/A.**

11.   Specify the discovery beyond initial disclosures that has bene undertaken to date.

   **Defendant City of Harlingen has agreed to secure videotape of robbery which gave rise to this complaint.**

12.   State the date the planned discovery can reasonably be completed.

   **Within 180 days of initial pretrial**

13.   Describe the possibilities for a prompt settlement of resolution of the case that were discussed in your Rule 26(f) meeting.

   **Possible mediation after initial discovery**

14.   Describe what each party has done or agreed to do to bring about a prompt resolution.

   **Discussions have centered on legal principles**

15.   From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable.

   **Mediation**

16.   Magistrate judges may now hear jury and non-jury trials.  Indicate the parties' joint position on a trial before a magistrate judge.
   **Plaintiff has no objection to magistrate.**

   **Defendants are undecided at this time.**

17.   State whether a jury demand has been made and if it was made on time.

   **Jury demand was made.**

18.   Specify the number of hours it will take to present the evidence in this case.

   **24-32 hours**

19.   List pending motions that could be ruled on at the initial pretrial and scheduling conference.
   **Defendants' Motion to Dismiss and Plaintiffs' Motion for Leave to file Amended Complaint**

20.   List other motions pending.

   **None.**

RRP:nez
esquivel\orelia\Int.Report
Joint Discovery/Case Management Plan
Under Rule 26(f) Federal Rules of Civil Procedure                                    Page -3-

21. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.
   **That no federal question exists**

22. List the names, bar numbers, addresses and telephone numbers of all counsel.

23. All counsel or pro se parties are required to keep the Clerk and all other parties advised of changes of address.

_____                    _____
Counsel for Plaintiff(s)                                            Date    *8-29-03*
**Ruben R. Peña**
State Bar No. 15740900
222 W. Harrison
Harlingen, Texas 78550
956-412-8200

_____                    _____
Counsel for Defendant(s)                                          Date    *29 Aug 03*
**Roger W. Hughes**
State Bar No. 10229500
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551
956-428-7495

RRP:nez
esquivel\orelia\Jnt.Report
Joint Discovery/Case Management Plan
Under Rule 26(f) Federal Rules of Civil Procedure                    Page -4-