UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § | |
| VS. | § § | Civil Action No. B-03-104 |
| CIRCLE K STORES AND CITY OF HARLINGEN POLICE DEPARTMENT, | § § | |

**EMERGENCY UNOPPOSED MOTION FOR CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COME NOW **Plaintiffs, Orelia Esquivel, Individually and as next friend of Jesus Esquivel, Jr.** in the above-entitled and numbered cause, and pursuant to F.R.C.P. 16(b)(2) and 16(b)(5), file this their Emergency Unopposed Motion for Continuance of Initial Pretrial and Scheduling Conference and in support thereof would respectfully show the Court as follows:

**I.**

Initial Pretrial and Scheduling Conference is currently scheduled for Wednesday, September 10, 2003 at 1:30 p.m.

**II.**

The parties have recently met and have filed Joint Discovery/Case Management Plan under Rule 26(f) Federal Rules of Civil Procedure.

Plaintiffs' counsel will be out of state on that day. As a result, the Plaintiffs request a continuance.

None of the parties are opposed to this continuance and none of the parties are opposed to this Motion.

As a result, the Plaintiffs request a continuance of the initial pretrial and scheduling

conference.

 WHEREFORE, PREMISES CONSIDERED, **Plaintiffs, Orelia Esquivel, Individually and as next friend of Jesus Esquivel, Jr.** pray that this Honorable Court grant their Ermegency Unopposed Motion for Continuance of Initial Pretrial and Scheduling Conference and for such other and further relief, at law or in equity, which these parties may be justly entitled to receive.

          Respectfully submitted,

          **LAW OFFICES OF RUBEN R. PEÑA, P.C.**
          222 W. Harrison
          Harlingen, Texas 78550
          Telephone (956) 412-8200
          Facsimile (956) 412-8282

          By:_____
           RUBEN R. PEÑA
           Texas Bar No. 15740900
           Federal ID.# 1216

        ATTORNEY FOR PLAINTIFFS

### CERTIFICATE OF CONFERENCE

 I, RUBEN R. PEÑA, hereby certify that I conferred with the attorney for the Defendants, and he does not oppose this motion.

          _____
          RUBEN R. PEÑA

### CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of Emergency Unopposed Motion for Continuance of Initial Pretrial and Scheduling Conference has been served upon the following:

 Roger W. Hughes
 Adams & Graham, L.L.P.
 P.O. Drawer 1429
 Harlingen, Texas 78551-1429
on this __3__ day of __September__, 2003.

          _____
          RUBEN R. PEÑA

2

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § | |
| VS. | § § | Civil Action No. B-03-104 |
| CIRCLE K STORES AND CITY OF HARLINGEN POLICE DEPARTMENT, | § § | |

### ORDER GRANTING CONTINUANCE OF INITIAL PRETRIAL AND SCHEDULING CONFERENCE

On this day the Court considered the Emergency Unopposed Motion for Continuance of Initial Pretrial and Scheduling Conference and after considering the motion and arguments of counsel, the Court believes that the Motion should be GRANTED. It is therefore

ORDERED, ADJUDGED AND DECREED that the following Initial Pretrial and Scheduling Conference be reset for _____ day of _____ at _____. \_\_\_.M.

_____
**JUDGE PRESIDING**

xc: Ruben R. Peña, 222 W. Harrison, Harlingen, Texas 78550
    Roger W. Hughes, Adams & Graham, L.L.P., P.O. Drawer 1429, Harlingen, Texas 78551-1429