IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY § <br> AND A/N/F JESUS ESQUIVEL, JR. § <br> § <br> VS. § <br> § <br> CIRCLE K STORES AND CITY OF § <br> HARLINGEN POLICE DEPARTMENT § | CIVIL ACTION NO. B-03-104 |

**ORDER GRANTING CONTINUANCE OF**
**INITIAL PRETRIAL AND SCHEDULING CONFERENCE**

On this day the Court considered the Emergency Unopposed Motion for Continuance of the Initial Pretrial and Scheduling Conference and after considering the Motion and arguments of counsel, the Court believes that the Motion should be **GRANTED**.

IT IS THEREFORE, **ORDERED, ADJUDGED AND DECREED** that the Initial Pretrial Conference scheduled for September 10, 2003 at 1:30 p.m. be reset for September 17, 2003 at 1:30 p.m.

SIGNED at Brownsville, Texas, this 5th day of September, 2003.

_____
John Wm. Black
United States Magistrate Judge