/3

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

SEP 1 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CIVIL ACTION NO. B-03-104 | DATE & TIME: 09-17-03 AT 1:30 P.M. |
| ORELIA ESQUIVEL, ET AL. | PLAINTIFF(S) RUBEN PENA<br>COUNSEL |
| VS. | |
| CIRCLE K STORES, ET AL. | DEFENDANT(S) TOM LOCKHART<br>COUNSEL ROGER HUGHES |

-------------------------------------------------------------------------------

Attorneys Ruben Pena and Roger Hughes appeared in chambers.

Defendant, Circle K to accept service.

Parties will submit an agreed scheduling order.

Status conference will be set for November, 2003.