# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ORELIA ESQUIVEL, ET AL. | § § | |
| VS. | § § | CIVIL ACTION NO. B-03-104 |
| CIRCLE K STORES, ET AL. | § | |

TYPE OF CASE:   __X__ CIVIL                   ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE<br>600 E. HARRISON STREET<br>BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2<br><br>DATE AND TIME:<br><br>**NOVEMBER 19, 2003 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 18, 2003

TO:   MR. RUBEN PENA
       MR. TOM LOCKHART
       MR. ROGER HUGHES