IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY § <br> AND A/N/F JESUS ESQUIVEL, JR. § <br> § <br> § <br> VS. § <br> § <br> CIRCLE K STORES INC. & CITY OF § <br> HARLINGEN POLICE DEPARTMENT § <br> § | CIVIL ACTION NO. B-03-104 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE
SECOND AMENDED ORINGINAL COMPLAINT**

Comes Now ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F for JESUS ESQUIVEL,

JR. and files this her Unopposed Motion to Amend Complaint.

The purpose of the amendment is to serve citation on Defendant Circle K Stores, Inc.'s correct registered agent.

Respectfully submitted,

LAW OFFICES OF RUBEN R. PEÑA, P.C.
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone No. (956) 412-8200
Facsimile No. (956) 412-8282

BY:_____
RUBEN R. PEÑA
State Bar No. 15740900
Federal I.D. No. 1216

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Second Amended Complaint and Plaintiffs' unopposed motion for leave to file the Second Amended Original Complaint was on the _9_ day of Octaober, 2003 mailed by facsimile and first class mail to the Attorney of Record for the Defendant City of Harlingen.

_____
Ruben R. Peña

## CERTIFICATE OF CONFERENCE

The undersigned attorney has conferred with opposing counsel and opposing counsel does not object to the filing of the Plaintiffs' Second Amended Complaint and Unopposed Motion for Leave to file the First Amended Original Complaint.

_____
Ruben R. Peña