*18*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District **Court**
Southern District of **Texas**
FILED

OCT 1 6 2003

**Michael N. Milby**
**Clerk of Court**

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY | § | |
| AND A/N/F JESUS ESQUIVEL, JR. | § | |
| | § | |
| VS. | § | Civil Action No. B-03-104 |
| | § | |
| CIRCLE K STORES AND CITY OF | § | |
| HARLINGEN POLICE DEPARTMENT | § | |

## PLAINTIFFS' INITIAL DISCLOSURES

TO:   **CIRCLE K STORES, AND CITY OF HARLINGEN POLICE DEPARTMENT,** by and through its attorneys of record, Roger W. Hughes, Adams & Graham, L.L.P., 222 E. Van Buren, West Tower, Harlingen, Texas 78551.

NOW COME, **Orelia Esquivel, Individually and as next friend of Jesus Esquivel, a minor,** Plaintiffs in the above-entitled and -numbered cause, and file this their Initial Disclosures and would respectfully show:

A.   **Persons with knowledge of information relevant to disputed facts alleged with particularity.** See list attached as Exhibit "A" and incorporated hereof for all purposes.

B.   **Description of documents relevant to disputed facts alleged with particularity.**

1.   Police Incident Report; and
2.   Video tape of robbery gave rise to this complaint.

C.   **Emotional Distress and Anxiety and Pain and Suffering:**

**Total damages: $150,000.00**

D.   **Any applicable insurance agreements.**

None.

E.   **DISCLOSURE OF EXPERTS**

Ruben R. Peña
222 W. Harrison
Harlingen, Texas 78550
956-412-8200
Reasonable Attorney fees.

Respectfully submitted,
**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY:_____
        RUBEN R. PEÑA
        Federal I.D. No. 1216
        State Bar No. 15740900
        ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Initial Disclosures has been forwarded, by certified mail, return receipt requested, on this the _15 th_ day of October, 2003, to:

Roger W. Hughes
Adams & Graham, L.L.P.
222 E. Van Buren, West Tower
Harlingen, Texas 78551

_____
RUBEN R. PEÑA

EXHIBIT "A"

Ms. Orelia Esquivel
1120 S. 4TH St.
Harlingen, Texas 78550

Mr. Jesus Esquivel
1120 S. 4TH St.
Harlingen, Texas 78550

City of Harlingen Police Department
Harlingen City Manager Roy Rodriguez
118 E. Tyler
Harlingen, Texas 78550

Harlingen P.D. Investigator/Officer Ruben Fuentes
1102 South Commerce
Harlingen, Texas 78550

Circle K Stores, Inc.
SSP Partners
4433 Baldwin
Corpus Christi, Texas 78413
and
2810 N. Commerce
Harlingen, Texas 78550

Employee of Circle K Stores, Inc at the time of the alleged incident from 9:00 p.m. to 11:00 p.m.
on May 17, 2003.
2810 N. Commerce
Harlingen, Texas 78550