United States District Court
Southern District of Texas
ENTERED

OCT 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. § § § | |
| VS. § | CIVIL ACTION NO. B-03-104 |
| § | |
| CIRCLE K STORES INC. & CITY OF HARLINGEN POLICE DEPARTMENT § § § | |

## ORDER

This Court having considered the Plaintiffs' Unopposed Motion to Grant Leave to File a Second Amended Complaint hereby grants same. Permission for leave to file does not alter the ruling previously made by this Court on October 21, 2003, sustaining the objections of Defendant City of Harlingen to the magistrate judge's report and recommendation with respect to the issues of governmental immunity and punitive damage; nor does it alter the ruling adopting Judge Black's report and recommendation regarding the § 1983 claim.

Signed this 27th day of October, 2003.

_____
Andrew S. Hanen
United States District Judge