IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORALIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-104 |
| CIRCLE K STORES, INC. AND CITY OF HARLINGEN POLICE DEPARTMENT | § § § § | JURY TRIAL |
| Defendant. | § | |

United States District Court
Southern District of Texas
FILED

NOV 6 2003

Michael N. Milby
Clerk of Court

## DEFENDANT, CIRCLE K STORES, INC.'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant, **CIRCLE K STORES, INC. ("Circle K")**, files this its Original Answer to Plaintiff Orelia Esquivel, Individually and a/n/f Jesus Esquivel, Jr.'s Second Amended Original Complaint and in support thereof would show the Court as follows:

1. Circle K denies that it is a proper party to this litigation. The store in which the alleged event occurred is owned and operated by SSP Partners, a Texas General Partnership. Circle K Stores, Inc. is not a partner in SSP Partners, nor does it have any interest in the store wherein the alleged events occurred.

2. This case is not controlled by the Texas Rules of Civil Procedure. The proceedings in this case will be controlled by Scheduling Order issued by this United States District Court.

3. Circle K is without information concerning the allegations in paragraph II(A) of the Complaint.

4. Defendant denies the averments in paragraph II(B). Defendant has been improperly named as Circle K Stores, Inc. The correct name is SSP Partners. E. V. Bonner, Jr. is the agent for service for SSP Partners.

5. Defendant admits the averments in paragraph II(C) of the Complaint.

6. Defendant denies the averments in paragraph III of the Complaint.

7. Defendant denies the averments in paragraph IV(A-F) of the Complaint.

8. Defendant denies the averments in paragraph V of the Complaint.

9. Defendant denies the averments in paragraph VI of the Complaint.

10. Defendant denies the averments in paragraph VII of the Complaint.

11. Defendant denies the averments in paragraph VIII of the Complaint.

## DEMAND FOR JURY TRIAL

12. Defendant asserts its rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that the Court order that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, and assess costs and attorney's fees against Plaintiff and for all other relief that the Court deems warranted

in law and equity.

                        Respectfully submitted,

                        By: _____
                            **RICK ROGERS**
                            State Bar No. 17193000
                            Federal Bar No. 4531
                            One Shoreline Plaza
                            800 N. Shoreline, Suite 800
                            P. O. Box 2869
                            Corpus Christi, Texas 78403-2869
                            Telephone (361) 880-5808
                            Facsimile:  (361) 880-5844
**ATTORNEY-IN-CHARGE FOR DEFENDANT CIRCLE K STORES, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument, **Defendant, Circle K Stores, Inc.'s Original Answer** was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5(d), Federal Rules of Civil Procedure, on the 3rd day of November, 2003.

| | |
|---|---|
| Ruben R. Pena<br>LAW OFFICES OF RUBEN R. PENA, P.C.<br>222 W. Harrison<br>Harlingen, Texas 78550 | **Via Certified Mail, RRR** |
| Tom Lockhart<br>Roger W. Hughes<br>ADAMS & GRAHAM, L.L.P.<br>P.O. Drawer 1429<br>Harlingen, Texas 78551-1429 | **Via Certified Mail, RRR** |

RICK ROGERS /Rick Rogers w/ permission