IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 0 5 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ORELIA ESQUIVEL, et al. | { |
| | {    CIVIL ACTION NO. B-03-104 |
| V. | { |
| | { |
| CIRCLE K STORES, INC., | { |
| AND THE CITY OF HARLINGEN | {    **A JURY IS DEMANDED** |

DEFENDANT CITY OF HARLINGEN'S
ANSWER TO PLAINTIFF'S SECOND AMENDED ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant CITY OF HARLINGEN (also called "City of Harlingen Police Department") and files **DEFENDANT CITY OF HARLINGEN'S ANSWER TO PLAINTIFFS' SECOND AMENDED ORIGINAL COMPLAINT** and would show the Court as follows:

I.

1. Defendant City of Harlingen ("Harlingen") admits ¶¶ I and II.C. of Plaintiffs' Second Amended Original Complaint ("Complaint"), except that the discovery level is irrelevant as the case is in federal court.

2. Defendant Harlingen is without sufficient information or knowledge to admit or deny ¶¶ II.A and II.B. of Plaintiffs' Complaint at this time, and therefore it can neither

ADAMS & GRAHAM, L.L.P.
Defendant City of Harlingen's Answer to Plaintiff's Second Amended Original Complaint
[10-fmg] C:\FILES\H\H1090\Pleadings\Ans2AmdOrigComplt                                                Page 1 of 4

admit nor deny at this time.

3. Defendant Harlingen admits so much of ¶ III of Plaintiffs' Complaint as alleges venue is proper in this district; it denies the rest of ¶ III.

4. Defendant Harlingen admits so much of ¶ IV.A. of Plaintiffs' Complaint as alleges Plaintiffs were present at the Circle K Food Store and that it was robbed; Defendant Harlingen is without sufficient information or knowledge to admit or deny the rest of ¶ IV.A. of Plaintiffs' Complaint at this time, and therefore denies them.

5. Defendant Harlingen admits so much of ¶ IV.B. of Plaintiffs' Complaint as alleges Plaintiffs were apprehended and transported to the Harlingen Police Department; Defendant Harlingen is without sufficient information or knowledge to admit or deny the rest of ¶ IV.B. of Plaintiffs' Complaint at this time, and therefore denies them.

6. Defendant Harlingen denies ¶¶ IV.C, IV.D, IV.E, and IV.F of Plaintiffs' Complaint.

7. Defendant Harlingen denies ¶¶ V, VII, VII and VIII of Plaintiffs' Complaint.

## II.

8. Defendant Harlingen's pleads the defense of governmental/sovereign immunity. Immunity is not waived under Texas Tort Claims Act by Texas Civil Practice and Remedies Code section 101.021 because the claims do not involve either (a) operation or use of a motor driven vehicle or equipment, or (b) a condition or use of tangible personal or real property.

9.  Any waiver of immunity under the Texas Tort Claims Act is excluded under Texas Civil Practice and Remedies Code sections 101.055(3), 101.056, and 101.057(2); the Texas Tort Claims Act does not waive immunity for acts falling within those sections.. Damages against Defendant City are limited by Texas Civil Practice and Remedies Code sections 101.023 and 101.024.

10. Defendant Harlingen pleads that its officers and employees acted with probable cause. There was probable cause to detain and arrest Plaintiffs; any arrest and detention was done in a reasonable manner and for a reasonable time. Defendant Harlingen's officers and employees acted in good faith and with legal justification.

11. The acts or omissions of third parties over which Harlingen has no control were the proximate or sole proximate cause of all or part of Plaintiffs' alleged injuries. Any liability of Defendant Harlingen is reduced as provided by Texas Civil Practice and Remedies Code Chapters 32 and/or 33 for the acts of any co-defendant or responsible third party. Defendant reserves the right to make its election for settlement credits or percentage reduction under Chapter 33 in the event Plaintiffs settle with any other party.

WHEREFORE, PREMISES CONSIDERED, Defendant CITY OF HARLINGEN prays the court deny Plaintiffs' requested relief as to this Defendant, enter judgment in favor of this Defendant, and award this Defendant its costs, and any other such relief to which it

ADAMS & GRAHAM, L.L.P.
Defendant City of Harlingen's Answer to Plaintiff's Second Amended Original Complaint
[10-fmg] C:\FILES\H\H1090\Pleadings\Ans2AmdOrigComplt                          Page 3 of 4

may show itself entitled.

                                                    Respectfully Submitted,

By: _____
      TOM LOCKHART
      State Bar No. 12473500
      Federal ID No. 2257
      ROGER W. HUGHES
      State Bar No. 10229500
      Federal ID No. 5950
      **ADAMS & GRAHAM, L.L.P.**
      P. O. Drawer 1429
      Harlingen, TX 78551-1429
      956/428-7495; FAX: 956/428-2954
      RHughes@adamsgraham.com

      Attorneys for Defendant CITY OF HARLINGEN

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 5th day of November, 2003, to the following counsel of record and interested parties:

---

Attorney of Record for Plaintiffs Orelia Esquivel, et al.:

Mr. Rubén R. Peña                                               *CM/RRR 7002 2410 0002 3603 8956*
**LAW OFFICES OF RUBÉN R. PEÑA, P.C.**
P. O. Box 530160
Harlingen, TX 78551-0160

_____
ROGER W. HUGHES

ADAMS & GRAHAM, L L.P.
Defendant City of Harlingen's Answer to Plaintiff's Second Amended Original Complaint
[10-fmg] C:\FILES\H\H1090\Pleadings\Ans2AmdOrigComplt                 Page 4 of 4