IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 8 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY § <br> AND A/N/F JESUS ESQUIVEL, JR. § <br> § <br> § <br> VS. § <br> § <br> SSP PARTNER & CITY OF § <br> HARLINGEN POLICE DEPARTMENT § <br> § | CIVIL ACTION NO. B-03-104 |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED ORINGINAL COMPLAINT

Comes Now ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F for JESUS ESQUIVEL, JR. and files this her Unopposed Motion to Amend Complaint.

The purpose of the amendment is to serve citation on Defendant Circle K Food Store No. 0083 (owned by SSP Partners) located at 2810 N. Commerce in Harlingen, Texas correct registered agent.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone No. (956) 412-8200
Facsimile No. (956) 412-8282

BY: _____
RUBEN R. PEÑA
State Bar No. 15740900
Federal I.D. No. 1216

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Plaintiff's Third Amended Complaint and Plaintiffs' unopposed motion for leave to file the Third Amended Original Complaint was on the ___18___ day of November, 2003 mailed by facsimile and first class mail to the Attorney of Record for the Defendant City of Harlingen and SSP Partners

    Roger W. Hughes
    Adams & Graham, L.L.P.
    P.O. Drawer 1429
    Harlingen, Texas 78551-1429

    Rick Rogers
    Porter, Rogers, Dahlman & Gordon
    One Shoreline Plaza
    800 N. Shoreline
    Suite 800
    Corpus Christi, Texas 78401

_____
Ruben R. Peña

## CERTIFICATE OF CONFERENCE

The undersigned attorney has conferred with opposing counsel and opposing counsel does not object to the filing of the Plaintiffs' Third Amended Complaint and Unopposed Motion for Leave to file the First Amended Original Complaint.

_____
Ruben R. Peña