IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 2 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY | § | |
| AND A/N/F JESUS ESQUIVEL, JR. | § | |
| | § | |
| | § | CIVIL ACTION NO. B-03-104 |
| VS. | § | |
| | § | |
| SSP PARTNERS & CITY OF | § | |
| HARLINGEN POLICE DEPARTMENT | § | |
| | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO
FILE THIRD AMENDED ORIGINAL COMPLAINT**

On this day, the Court considered the Unopposed Motion for Leave to File Third Amended Original Complaint.

The Court finds that Unopposed Motion is well taken and it is hereby **GRANTED**.

IT IS THEREFORE ORDERED, that Plaintiffs be permitted to file their Third Amended Original Complaint.

SIGNED THIS _19th_ day of _NOVEMBER_ 2003.

_____
JUDGE PRESIDING

XC:   Ruben R. Peña, 222 W. Harrison, Harlingen, Texas
      Roger W. Hughes, Adams & Graham, L.L.P., P.O. Drawer 1429, Harlingen, Texas 78551-1429
      Rick Rogers, Porter, Rogers, Dahlman & Gordon, One Shoreline Plaza, 800 N. Shoreline, Suite 800, Corpus Christi, Texas 78401