THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

United States District Court
Southern District of Texas
FILED

NOV 19 2003

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-03-104            DATE & TIME: 11/19/03 AT 1:30 P.M.

ORELICA ESQUIVEL, ET. AL.            PLAINTIFF(S)  RUBEN PENA
                                     COUNSEL

VS.

CIRCLE K STORES,                     DEFENDANT(S)  FREDERICK F. ROGERS, JR.
CITY OF HARLINGEN                    COUNSEL        ROGER HUGHES

---

CSO: Manuel Agado
ERO: Rebecca Pinales

Attorneys Ruben Pena, Roger Hughes and John Janssen in lieu of Frederick Rogers, Jr. appeared.

Defendant, City of Harlingen, to file Motion for Summary Judgment.

Deadline for all dispositive motions set for March 15, 2004
Deadline for responses to dispositive motions set for April 16, 2004.

Plaintiff's request for Temporary Restraining Order is moot, as City of Harlingen represented to the Court that the video tape of plaintiff's arrest will not be destroyed.