IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

NOV 19 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ORALIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § | |
| Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. B-03-104 |
| | § | |
| CIRCLE K STORES, INC. AND CITY OF HARLINGEN POLICE DEPARTMENT | § § § § | JURY TRIAL |
| Defendant. | § | |

## MOTION FOR LEAVE TO APPEAR
## FOR ATTORNEY IN CHARGE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW CIRCLE K STORES, INC., Defendant in the above-entitled and numbered cause, and makes and files this Motion for Leave to Appear for Attorney in Charge, and would show the Court as follows:

1.   RICK ROGERS is the attorney in charge in the above-referenced case. Movant requests leave of court for JOHN J. JANSSEN to appear for RICK ROGERS for the purpose of the November 19, 2003 Status Conference. JOHN J. JANSSEN is familiar with the facts of this file and is authorized to make all necessary decisions at said Conference.

2.   Counsel for Defendants has advised all counsel of record of the filing of this Motion and there is no objection to said Motion.

3.   WHEREFORE, PREMISES CONSIDERED, Movant requests that the Court grant this motion and prays for general relief.

Respectfully submitted,

By: *[signature: Rick Rogers by Jay P. Vaux w/ permission]*
Rick F. Rogers
Attorney-in-Charge
State Bar No. 17193000
Federal I.D. No. 4531
**Porter, Rogers, Dahlman & Gordon, P.C.**
One Shoreline Plaza, Suite 800
P.O. Box 2968
Corpus Christi, Texas 78403-2968
(361) 880-5820 - Office
(361) 880-5844 - Fax

ATTORNEY-IN-CHARGE FOR
DEFENDANT, CIRCLE K STORES, INC.

OF COUNSEL:
**John J. Janssen**
State Bar No. 00789402
Federal I.D. No. 23966
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza, Suite 800
P. O. Box 2968
Corpus Christi, Texas 78403-2968
Telephone: (361) 880-5808
Facsimile: (361) 880-5844

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Motion for Leave to Appear for Attorney-in-Charge was served upon the following named person in accordance with Rule 5(d), Federal Rules of Civil Procedure, on this the 19th day of November, 2003.

Mr. Ruben R. Pena  *Via Hand Delivery*
**Law Offices of Ruben R. Pena, P.C.**
222 W. Harrison
Harlingen, Texas 78550

Mr. Tom Lockhart  *Via Hand Delivery*
Mr. Roger W. Hughes
**Adams & Graham, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429


_____
Rick F. Rogers
w/ permission