IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
NOV 2 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ORALIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-104 |
| CIRCLE K STORES, INC. AND CITY OF HARLINGEN POLICE DEPARTMENT | § § § § | JURY TRIAL |
| Defendant. | § | |

## ORDER

On this the __24th__ day of __November__, 2003 came to be heard Circle K Stores, Inc.'s Motion for Leave to Appear for Attorney in Charge. After considering the Motion, and after a hearing, the Court GRANTS the Motion.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that John J. Janssen is authorized to appear for Rick Rogers for the purpose of the November 19, 2003 Status Conference.

SIGNED this __24th__ day of __November__, 2003.

_____
HONORABLE JUDGE PRESIDING