29

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ORELIA ESQUIVEL, et al. | { | |
| | { | CIVIL ACTION NO. B-03-104 |
| V. | { | |
| | { | |
| SSP PARTNERS, L.L.P., | { | |
| AND THE CITY OF HARLINGEN | { | |

### DEFENDANT CITY OF HARLINGEN'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Defendant City of Harlingen, hereby files its Initial Disclosure in accordance with Federal Rule of Civil Procedure 26(a)(1).

(a).   Orelia Esquivel
       Jesus Esquivel
       1120 S. 4th Street
       Harlingen, TX
       956/364-2177

       Plaintiffs in this suit.


       SSP Partners, d/b/a "Circle K"
       705 S. Commerce
       Harlingen, TX
       956/425-6708

       Defendant in this suit.


       Julio Gonzalez
       Mexico

       Employee of SSP Partners that was store clerk at time Circle K store was robbed.

---

Norma Parke
514 S. "A" Street
Harlingen, TX\
956/789-5746

Witness to robbery who identified perpetrator as leaving the store and getting into Plaintiff's vehicle.

Jorge Salinas
Harlingen Police Dept.
1192 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who stopped Plaintiffs' vehicle.

Jorge Moreno
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who responded to and investigated the robbery complaint.

David Means
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who investigated the robbery complaint.

Thomas Hushen
Cameron County Emergency Management
964 E. Harrison
Brownsville, TX
956/544-0820

Former HPD officer who investigated the robbery complaint.

(b) 1. Investigative file prepared Harlingen Police Department in to robbery complaint by Circle K, to the extent not covered by investigative privilege.

2. Video tape of robbery.

(c) None.

(d) A copy of the Interlocal Agreement through the Intergovernmental Texas Municipal League has been requested and will be provided on receipt.

                                        Respectfully Submitted,

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
Telephone: 956/428-7495
Facsimile: 956/428-2954

By: _____
TOM LOCKHART
State Bar No. 12473500
Federal ID No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

Attorneys for Defendant CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 26th day of November, 2003, to the following counsel of record and interested parties:

Attorney of Record for Plaintiffs Orelia Esquivel, et al.:

Mr. Rubén R. Peña                                     CM/RRR 7001 2510 0004 2063 6326
**LAW OFFICES OF RUBÉN R. PEÑA, P.C.**
P. O. Box 530160
Harlingen, TX 78551-0160

Mr. Rick Rogers                                                        *Via Ordinary Mail*
**PORTER, ROGERS, DAHLMAN & GORDON**
One Shoreline Place
800 N. Shoreline, Suite 800
Corpus Christi, TX 78401-3708

_____
ROGER W. HUGHES