IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 1 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ORALIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. § § § Plaintiff, § § v. § CIRCLE K STORES, INC. AND CITY OF § HARLINGEN POLICE DEPARTMENT § § Defendant. § | CIVIL ACTION NO. B-03-104 JURY TRIAL |

## DEFENDANT SSP PARTNERS ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

Defendant, **SSP PARTNERS** ("SSP"), files this Original Answer to Plaintiff Oralia Esquivel, Individually and a/n/f Jesus Esquivel, Jr.'s Third Amended Original Complaint, and in support thereof would show the Court as follows:

## ADMISSIONS AND DENIALS

1. Defendant denies that this case is controlled by the Texas Rules of Civil Procedure. The proceedings in this case will be controlled by the Scheduling Order issued by the United States District Court.

2. Defendant is without information concerning the allegations in Paragraph II(A) of the Complaint.

3. Defendant admits to the averments in Paragraph II(B).

4. Defendant admits the averments in Paragraph II(C) of the complaint.

5. Defendant denies the averments in Paragraph III of the complaint.

6. Defendant denies the averments in Paragraph IV(A-F) of the complaint.

7. Defendant denies the averments in Paragraph V of the complaint.

8. Defendant denies the averments in Paragraph VI of the complaint.

9. Defendant denies the averments in Paragraph VII of the complaint.

10. Defendant denies the averments in Paragraph VIII of the complaint.

## DEMAND FOR JURY TRIAL

11. Defendant asserts its rights under the Seventh Amendment to the U.S. Constitution and demands, in accordance with Federal Rule Civil Procedure 38, a trial by jury on all issues.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant SSP Partners respectfully prays that the Court order that Plaintiff take nothing, dismiss Plaintiff's suit with prejudice, and assess costs and attorney's fees against Plaintiff and for all other relief that the Court deems warranted in law and equity.

Respectfully submitted,

By: _____ w/permission
Rick F. Rogers
State Bar No. 17193000
Federal Bar No. 4531
One Shoreline Plaza
800 N. Shoreline, Suite 800
P. O. Box 2869
Corpus Christi, Texas 78403-2869
Telephone (361) 880-5808
Facsimile: (361) 880-5844

**ATTORNEY-IN-CHARGE FOR DEFENDANT SSP PARTNERS**

OF COUNSEL:

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza
800 N. Shoreline Blvd., Suite 800
Corpus Christi, Texas 78401
Telephone: (361) 880-5808
Facsimile:  (361) 880-5844

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument, **Defendant, SSP Partners' Original Answer** was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on the 26th day of November, 2003.

Mr. Ruben R. Pena                                    **Via CM/RRR**
Law Offices of Ruben R. Pena, P.C.
222 W. Harrison
Harlingen, Texas 78550

Mr. Tom Lockhart                                     **Via CM/RRR**
Mr. Roger W. Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Rick F. Rogers    by [signature] w/ permission