UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § |
| VS. | § Civil Action No. B-03-104 § |
| SSP PARTNERS, L.L.P. AND CITY OF HARLINGEN, | § § § |

## AMENDED DISCLOSURE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, Orelia Esquivel, Individually and a/n/f Jesus Esquivel, Jr., by and through their undersigned attorney, and file this, and in accordance with the Court's Order of June 3, 2003, hereby file their amended list of financially interested parties to this litigation:

1. Orelia Esquivel
2. Jesus Esquivel, Jr.
3. SSP Partners, d/b/a "Circle K"
4. City of Harlingen Police Department

WHEREFORE, Plaintiff Orelia Esquivel, Individually and a/n/f Jesus Esquivel, Jr., hereby pray that the Court take notice of this filing. Additionally, Plaintiff Orelia Esquivel, Individually and a/n/f of Jesus Esquivel, Jr., pray for such other and further relief, at law or in equity, to which they may be justly entitled to receive.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone: (956) 412-8200
Facsimile: (956) 412-8282

BY: _____
RUBEN R. PEÑA
Federal I.D. No. 1216
State Bar No. 15740900

ATTORNEY FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of Amended Disclosure of Interested Parties has been forwarded, by certified mail, return receipt requested, on this the ___ day of December, 2003, to:

_____
RUBEN R. PEÑA