IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR., | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-03-104 |
| SSP PARTNERS, CITY OF HARLINGEN POLICE DEPARTMENT, | § § § § | JURY TRIAL |
| Defendants | § | |

## AGREED NOTICE OF DISMISSAL OF DEFENDANT SSP PARTNERS

Plaintiff files this Agreed Notice of Dismissal under Federal Rule of Civil Procedure 41(a)(1).

1. Plaintiff is Orelia Esquivel, Individually and As Next Friend of Jesus Esquivel, Jr. Defendants are the City of Harlingen Police Department and SSP Partners.

2. Plaintiff sued Defendant SSP Partners by way of a Third Amended Original Complaint served on November 18, 2003. Defendant SSP Partners has Answered.

3. Plaintiff, in both her individual and representative capacities, intends to dismiss the instant suit against Defendant SSP Partners upon the filing of this Notice.

4. SSP Partners agrees to the dismissal.

5. This case is not a class action.

6. This case is not governed by a federal statute that requires an order of the court for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal of SSP Partners is without prejudice.

> Respectfully submitted,
>
> LAW OFFICES OF RUBEN R. PEÑA
> P. O. Box 530160
> 222 W. Harrison
> Harlingen, Texas 78550
> Telephone (956) 412-8200
> Facsimile (956) 412-8282
>
> By:_____
> RUBEN R. PEÑA
> State Bar No. 15740900
> Federal I.D. No. 1216
> **ATTORNEY-IN-CHARGE FOR PLAINTIFF ORELIA ESQUIVEL, INDIVIDUALLY AND AS NEXT FRIEND OF JESUS ESQUIVEL, JR.**

**AGREED:**

*Rick F Rogers w/permission*
*Ruben R. Peña*

**RICK F. ROGERS**
State Bar No. 17193000
Federal Bar No. 4531
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza
800 N. Shoreline, Suite 800
P. O. Box 2869
Corpus Christi, Texas 78403-2869
Telephone (361) 880-5808
Facsimile: (361) 880-5844
**ATTORNEY-IN-CHARGE FOR DEFENDANT SSP PARTNERS**

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing Agreed Notice of Dismissal of SSP Partners, was served upon the attorneys of record of all parties to the above cause in accordance with Rule 5, Federal Rules of Civil Procedure, on the 5th day of March, 2004.

Mr. Rick Rogers  *Via Telefax: 361-880-5844*
Mr. John Janssen
**Porter, Rogers, Dahlman & Gordon, P.C.**
800 N. Shoreline, Suite 800
P. O. Box 2869
Corpus Christi, Texas 78403-2869

Mr. Tom Lockhart  *Via Telefax: 956-428-2954*
Mr. Roger W. Hughes
**Adams & Graham, L.L.P.**
P.O. Drawer 1429
Harlingen, Texas 78551-1429

_____
Ruben R. Peña