IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR., Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. B-03-104 |
| SSP PARTNERS, CITY OF HARLINGEN POLICE DEPARTMENT, Defendants | § § § § | JURY TRIAL |

**United States District Court
Southern District of Texas
ENTERED
MAR 2 6 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk _____**

### ORDER OF DISMISSAL OF DEFENDANT SSP PARTNERS

After considering the Agreed Notice of Dismissal of Defendant SSP Partners, the Court determines that dismissal of SSP Partners should be GRANTED. Accordingly, the Court ORDERS the claims of Plaintiff Orelia Esquivel, Individually and as Next Friend of Jesus Esquivel, Jr., against Defendant SSP Partners are hereby DISMISSED WITHOUT PREJUDICE.

Signed on this 26th day of March, 2004.

_____
HONORABLE JUDGE PRESIDING

APPROVED & ENTRY REQUESTED:

_____
RUBEN R. PEÑA
State Bar No. 15740900
Federal I.D. No. 1216
**LAW OFFICES OF RUBEN R. PEÑA**
P. O. Box 530160
222 W. Harrison
Harlingen, Texas 78550
Telephone (956) 412-8200
Facsimile (956) 412-8282
**ATTORNEY-IN-CHARGE FOR PLAINTIFF ORELIA ESQUIVEL, INDIVIDUALLY AND AS NEXT FRIEND OF JESUS ESQUIVEL, JR.**

APPROVED & ENTRY REQUESTED:

*Rick Rogers by Toby F. Vause*
*w/ permission*
*SBN 00789402*
*Fed. I.D. 23966*

**RICK ROGERS**
State Bar No. 17193000
Federal Bar No. 4531
**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza
800 N. Shoreline, Suite 800
P. O. Box 2869
Corpus Christi, Texas 78403-2869
Telephone (361) 880-5808
Facsimile: (361) 880-5844
**ATTORNEY-IN-CHARGE FOR DEFENDANT SSP PARTNERS**