IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
MAR ~~APR~~ 31 2004
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ORELIA ESQUIVEL, et al. | { | |
| | { | CIVIL ACTION NO. B-03-104 |
| V. | { | |
| | { | |
| CIRCLE K STORES, INC., | { | |
| AND THE CITY OF HARLINGEN | { | |

### DEFENDANT CITY OF HARLINGEN'S UNOPPOSED
### MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant CITY OF HARLINGEN (also called "City of Harlingen Police Department") and files **DEFENDANT CITY OF HARLINGEN'S UNOPPOSED MOTION TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS** and would show the Court as follows:

### I. Certificate of Conference

The undersigned has conferred with opposing counsel and the motion is not opposed.

### II.

A pre-trial conference on November 19, 2003, the Court set March 15, 2004 as the deadline for Defendant City to file any "dispositive motions" e.g., motion for summary judgment. It set April 16, 2004 as the deadline for any response by Plaintiff.

Defendant City asks these deadlines be extended by twenty (20) days.

### III.

As grounds, Defendant would show the Court that, owing to the schedule conflicts of the various counsel, they could not depose Plaintiffs and four Harlingen Police Officers until March 8-9, 2004. Discussions with the court reporters for those depositions indicate that they cannot complete transcription of the depositions until after the deadline. Also, Plaintiff has indicated he wishes to depose one more witness, a former Harlingen Police Department officer. It is reasonably believed that this person can be deposed by March 29, 2004.

### IV.

Therefore, Defendant requests the Court extend the deadlines for twenty (20) days.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the above information be taken under submission and upon hearing same, the Court grant a twenty (20) day extension of time for the Defendant City of Harlingen to file its dispositive motions and for Plaintiff to file its reply.

Respectfully Submitted,

By: _____
TOM LOCKHART
State Bar No. 12473500
Federal ID No. 2257
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950

ADAMS & GRAHAM, L L P.
Defendant City of Harlingen's Unopposed Motion to Extend Deadline to File Dispositive Motions
[10-fmg] C:\FILES\H\H1090\Motions & Ords\Mtn2ExtD/L

Page 2 of 3

**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

Attorneys for Defendant CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 12th day of March, 2004, to the following counsel of record and interested parties:

---

Attorney of Record for Plaintiffs Orelia Esquivel, et al.:

Mr. Rubén R. Peña                                    *CM/RRR 7002 2410 0002 3604 0003*
**LAW OFFICES OF RUBÉN R. PEÑA, P.C.**
P. O. Box 530160
Harlingen, TX 78551-0160

_____
ROGER W. HUGHES