37



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORELIA ESQUIVEL, et al. | { | |
| | { | CIVIL ACTION NO. B-03-104 |
| V. | { | |
| | { | |
| CIRCLE K STORES, INC., | { | |
| AND THE CITY OF HARLINGEN | { | |

ORDER ON DEFENDANT CITY OF HARLINGEN'S
UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE
MOTIONS

BE IT REMEMBERED that on 2 day of APRIL, 2004, came to be considered

Defendant City of Harlingen's Unopposed Motion to Extend Deadline to File Dispositive

Motions and the court is of the opinion it should be granted.

IT IS THEREFORE ORDERED that the deadline to file dispositive motions is reset

for April ___12___, 2004 and the deadline for Plaintiff to file a reply is set for

May _12_, 2004.

SIGNED this 2 day of APRIL_____, 2004 in Brownsville, Texas.

_____
JUDGE PRESIDING

Copies to:

Mr. Rubén R. Peña, **LAW OFFICES OF RUBÉN R. PEÑA, P.C.**, P. O. Box 530160, Harlingen, TX 78551-0160
Mr. Roger W. Hughes, **ADAMS & GRAHAM, L.L.P.**, P.O. Drawer 1429, Harlingen, Texas 78551-1429

ADAMS & GRAHAM, L.L.P.
Order on Defendant City of Harlingen's Unopposed Motion to Extend Deadline to File Dispositive Motions
[10-fmg] C \FILES\H\H1090\Motions & Ords\OrdMtn2ExtDL                                                                          Page 1 of 1