IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 9 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ORELIA ESQUIVEL, et al. { | |
| { | CIVIL ACTION NO. B-03-104 |
| V. { | |
| { | |
| SSP PARTNERS, L.L.P., { | |
| AND THE CITY OF HARLINGEN { | |

**DEFENDANT CITY OF HARLINGEN'S AMENDED INITIAL
DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Defendant City of Harlingen, hereby files its Initial Disclosure in accordance with Federal Rule of Civil Procedure 26(a)(1).

(a).   Orelia Esquivel
Jesus Esquivel, Jr.
1120 S. 4th Street
Harlingen, TX
956/364-2177

Plaintiffs in this suit.

Jesus Esquivel, Sr.
1120 S. 4th Street
Harlingen, Texas 78550
956/364-2177

Fact witness


SSP Partners, d/b/a "Circle K"
705 S. Commerce
Harlingen, TX
956/425-6708

Former Defendant in this suit.

Jose Ovalle
Harlingen, TX

Fact witness


Julio Gonzalez
6525 Monte Bello Creek
Brownsville, TX 78521
956/425-3437

---

Employee of SSP Partners that was store clerk at time Circle K store was robbed.

Norma Parke
514 S. "A" Street
Harlingen, TX\
956/789-5746

Witness to robbery who identified perpetrator as leaving the store and getting into Plaintiff's vehicle.

Jorge Salinas
Harlingen Police Dept.
1192 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who stopped Plaintiffs' vehicle.

Jorge Moreno
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who responded to and investigated the robbery complaint.

David Means
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

HPD Officer who investigated the robbery complaint.

Thomas Hushen
Cameron County Emergency Management
964 E. Harrison

Brownsville, TX
956/544-0820

Former HPD officer who investigated the robbery complaint.

Aide Velasco
520 South A Street
Harlingen, TX 78550
956/863-2428

Possible witness to robbery; was present at Circle K during robbery.

Lori Trevino
c/o Jack In The Box
1406 W. Tyler
Harlingen, Texas 78550
956/412-6322

Clerk who served Plaintiffs' vehicle after robbery at Circle K.

Charles Fechner
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

Officer who may have participated in arrest and interrogation of Jesus Esquivel, Jr.

E. Weaver
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

Officer who may have investigated robbery at Circle K.

Daniel Villarreal
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

Officer who may have investigated robbery at Circle K.

Jaime Rodriguez
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

Officer who may have investigated robbery at Circle K.

Theron Sojak
Harlingen Police Dept.
1102 S. Commerce
Harlingen, TX
956/427-8750

Officer who may have investigated robbery at Circle K.

(b) 1. Investigative file prepared Harlingen Police Department into robbery complaint by Circle K, to the extent not covered by investigative privilege.

2. Video tape of robbery.

3. Documents filed in transcript to hearings in "State v. Esquivel," Cause No. CR-97-1110-A

4. Orelia Esquivel's tax returns and employment records

5. Jesus Esquivel's school records

6. Police Department dispatch log and evidence tags and

Respectfully Submitted,

By: _____
TOM LOCKHART
State Bar No. 12473500
Federal ID No. 2257

> ROGER W. HUGHES
> State Bar No. 10229500
> Federal ID No. 5950
> **ADAMS & GRAHAM, L.L.P.**
> P. O. Drawer 1429
> Harlingen, TX 78551-1429
> 956/428-7495; FAX: 956/428-2954
> RHughes@adamsgraham.com
>
> Attorneys for Defendant CITY OF HARLINGEN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 15th day of April, 2004, to the following counsel of record and interested parties:

---

Attorney of Record for Plaintiffs Orelia Esquivel, et al.:

| | |
|---|---|
| Mr. Rubén R. Peña | *CM/RRR 7003 2260 0000 0440 2848* |
| **LAW OFFICES OF RUBÉN R. PEÑA, P.C.** | |
| P. O. Box 530160 | |
| Harlingen, TX 78551-0160 | |

_____
ROGER W. HUGHES