UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § | |
| VS. | § | Civil Action No. B-03-104 |
| CIRCLE K STORES AND CITY OF HARLINGEN POLICE DEPARTMENT, | § § § | |

**PLAINTIFF'S MOTION TO EXTEND REPLY DEADLINE FOR DISPOSITIVE MOTIONS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, **Plaintiffs, Orelia Esquivel, Individually and as next friend of Jesus Esquivel, Jr.**, in the above-entitled and numbered cause, and files Plaintiff's Motion to Extend Reply Deadline for Dispositive Motions and in support thereof would respectfully show the Court as follows:

I.

Certificate of Conference

The undersigned has attempted to confer with opposing counsel and has not been successful in communicating via telephone with Defendant's counsel.

II.

A pretrial conference on November 19, 2003, the Court set March 15, 2004 as the deadline for Defendant City to file any "dispositive motions" e.g. motion for summary judgment. It set April 16, 2004 as the deadline for any response by Plaintiff.

On or about March 12, 2004, Defendant City of Harlingen filed its unopposed motion to extend deadline for filing dispositive motions and on April 2, 2004, the court signed an Order on Defendant City of Harlingen's Unopposed Motion to Extend Deadline to File Dispositive Motions granting extension for Defendant

1

City of Harlingen to file its dispositive motions with a deadline of April 12, 2004 and the deadline for Plaintiff to file a reply for May 12, 2004.

Plaintiff asks that Plaintiff's deadline be extended by five (5) days.

III.

As grounds, Plaintiff would show the Court that, Plaintiff's counsel, Ruben R. Peña, has been catching up on his work due to his absence from his business for over a week due to his brother-in-law, Judge Filemon B. Vela's illness and ultimately his death and funeral on the weeks of April 5th and 12th, 2004. Furthermore, Attorney Ruben R. Peña had been preparing among general case matters for the following:

| Date | Matter |
|---|---|
| 5/3/04 | Trial in the 197th Judicial District Court, Cameron Co., Brownsville, Texas<br>Cause No. 2000-04-1571-C<br>**Jose Luis Munoz et al. v. Summit Contracting Inc et al.** |
| 5/6/04 | Oral Argument in the 13th Court of Appeals in Edinburg, Texas<br>Cause No. 13-03-00052-CV<br>Cause No. C-1321-00-E(1)<br>**Hector Moron d/b/a Diversco v. Computer Curriculum Corporation** |
| 5/10/04 | Trial in the 92nd Judicial District Court, Hidalgo County, Edinburg, Texas;<br>Cause No. C-2647-99-A<br>**Veronica Garza, et al. v. Dizdar Development, Ltd., et al.** |
| 5/10/04 | Trial in the 103rd Judicial District Court, Cameron Co., Brownsville, Texas<br>Cause No. 2002-12-4786-D<br>**Eliazar Renteria, Jr. v. Samuel Cervantes, Jr. and Julio Cesar Cervantes** |

IV.

Therefore, Plaintiff requests the Court extend the Plaintiff's deadline until Monday, May 17, 2004 (five (5) days) in which to reply to any dispositive motions filed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the above information be taken under submission and upon hearing same, the Court grant a five (5) day extension of time for the Plaintiff Orelia

Esquivel, Individually and as next friend of Jesus Esquivel, Jr. to file her reply to dispositive motions.

Respectfully submitted,

**LAW OFFICES OF RUBEN R. PEÑA, P.C.**
222 W. Harrison
Harlingen, Texas 78550
Telephone (956) 412-8200
Facsimile (956) 412-8282

By: _____
RUBEN R. PEÑA
Texas Bar No. 15740900
Federal ID.# 1216

ATTORNEY FOR PLAINTIFFS

### CERTIFICATE OF CONFERENCE

I, RUBEN R. PEÑA, hereby certify that I have been unsuccessful in my attempts to confer with the attorney for the Defendant City of Harlingen.

_____
RUBEN R. PEÑA

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Motion for Extend Deadline to Reply to Dispositive Motions has been served upon the following:

Roger W. Hughes
Adams & Graham, L.L.P.
P.O. Drawer 1429
Harlingen, Texas 78551-1429

on this ___12___ day of May, 2004.

_____
RUBEN R. PEÑA

3