United States District Court
Southern District of Texas
FILED

MAY 1 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ORELIA ESQUIVEL, et al. | { | |
| | { | CIVIL ACTION NO. B-03-104 |
| V. | { | |
| | { | |
| CIRCLE K STORES, INC., | { | |
| AND THE CITY OF HARLINGEN | { | |

## DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND REPLY DEADLINE FOR DISPOSITIVE MOTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendant CITY OF HARLINGEN (also called "City of Harlingen Police Department") and files this its **NON-OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND REPLY DEADLINE FOR DISPOSITIVE MOTIONS** and would show the Court as follows:

I.

Unfortunately, Defendant's counsel was unable to confer with Plaintiff's counsel concerning the subject matter of Plaintiffs' Motion to Extend Reply Deadline for Dispositive Motions. Defendant's counsel was tied up at a hearing all day and was unable to return Plaintiffs' phone call.

Defendant does not oppose an extension of time until May 17, 2004.

ADAMS & GRAHAM, L.L.P
Defendant's Non-Opposition to Plaintiffs' Motion to Extend Reply Deadline for Dispositive Motions
[10-fmg] C:\FILES\H\H1090\Motions & Ords\Non-Opp                                                    Page 1 of 2

Respectfully Submitted,

By: _____
ROGER W. HUGHES
State Bar No. 10229500
Federal ID No. 5950
TOM LOCKHART
State Bar No. 12473500
Federal ID No. 2257
**ADAMS & GRAHAM, L.L.P.**
P. O. Drawer 1429
Harlingen, TX 78551-1429
956/428-7495; FAX: 956/428-2954
RHughes@adamsgraham.com

Attorneys for Defendant CITY OF HARLINGEN

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing document was forwarded on this the 13 day of May, 2004, to the following counsel of record and interested parties:

Attorney of Record for Plaintiffs Orelia Esquivel, et al.:

Mr. Rubén R. Peña                                                                                         *Via Ordinary Mail*
**LAW OFFICES OF RUBÉN R. PEÑA, P.C.**
P. O. Box 530160
Harlingen, TX 78551-0160

_____
ROGER W. HUGHES