UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ORELIA ESQUIVEL, INDIVIDUALLY AND A/N/F JESUS ESQUIVEL, JR. | § § § | |
| VS. | § § | Civil Action No. B-03-104 |
| CIRCLE K STORES AND CITY OF HARLINGEN POLICE DEPARTMENT, | § § | |

### ORDER ON PLAINTIFF'S MOTION TO EXTEND
### REPLY DEADLINE FOR DISPOSITIVE MOTIONS

BE IT REMEMBERED that on _14th_ day of _MAY_, 2004, came to be considered Plaintiff Orelia Esquivel, Individually and as next friend of Jesus Esquivel, Jr.'s Motion to Extend Reply Deadline for Dispositive Motions and the Court is of the opinion it should be granted.

IT IS THEREFORE ORDERED that the deadline to reply to dispositive motions is reset for May _19_, 2004.

SIGNED THIS _14_ day of _MAY_, 2004.

_____
JUDGE PRESIDING

Copies to:   Ruben R. Peña, 222 W. Harrison, Harlingen, TX 78550
Roger W. Hughes, Adams & Graham, L.L.P., P.O. Drawer 1429, Harlingen, TX 78551-1429

4