IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JUL 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ORELIA ESQUIVEL, individually and as next friend of a minor, JESUS ESQUIVEL, Plaintiff, | § § § § § § § § § § § | CIVIL ACTION NO. B-03-104 |
| VS. | | |
| CIRCLE K STORES, INC. and the CITY OF HARLINGEN POLICE DEPARTMENT, Defendants. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of July 22, 2004, should be adopted and the City of Harlingen's Motion for Summary Judgment (Docket No. 36) be GRANTED and the case dismissed.

DONE in Brownsville, Texas, on this 9th day of August, 2004.

Andrew S. Hanen
United States District Judge